**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-6453

RODNEY VICTOR HARRIS,

                                    Plaintiff - Appellant,

            versus

SHERIFF OF GILES COUNTY; SHERIFF'S DEPT.
PERSONNEL; SHERIFF'S DEPUTIES OF GILES COUNTY,

                                    Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  James C. Turk, Senior District
Judge.  (CA-03-547-7)

Submitted:  August 4, 2004          Decided:  August 23, 2004

Before WIDENER, WILKINSON, and MICHAEL, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Rodney Victor Harris, Appellant Pro Se.  Jim Harold Guynn, Jr.,
GUYNN, MEMMER & DILLON, P.C., Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Rodney Victor Harris appeals the district court's order granting summary judgment to defendants on Harris's 42 U.S.C. § 1983 (2000) complaint and imposing sanctions on Harris under Fed. R. Civ. P. 11.[*]  We have reviewed the record and find that this appeal is frivolous.  Accordingly, we deny Harris's motion to supplement the record with circuit court transcripts, and dismiss the appeal on the reasoning of the district court.  See Harris v. Sheriff of Giles County, No. CA-03-547-7 (W.D. Va. Feb. 11, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*]We note that Harris filed this appeal prior to our imposition of monetary sanctions and a pre-filing injunction on him with respect to further actions in this court.  See Harris v. Virginia State Bar, No. 04-6046, 2004 WL 1530828 (4th Cir. July 7, 2004).